# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

In Re:

Jason Scott Branham,                                       Case No. 18-52678-mlo
                                                                         Hon. Maria L. Oxholm
         Debtor.                                Chapter 13
_____/

## PROPOSED POST-CONFIRMATION PLAN MODIFICATION

The Debtor, Jason Scott Branham, has filed papers with the Court to modify his Chapter 13 Plan which was confirmed on April 17, 2019 [docket #45]. A proposed order granting the Plan Modification is attached as **Exhibit A**.

Debtor proposes to modify the confirmed Plan pursuant to LBR 3015-2(b) as follows:

       1.       Excuse remittance of the Debtor's 2019 income tax refund in the amount of $1,437.00 due to unanticipated vehicle repairs totaling $1,445.41. **See Exhibit C**.

       2.       The impact on each class of creditors of this Plan Modification is as follows:
           a.       Class 2 and Class 4 creditors will have no impact.
           b.       Class 3 creditors will have no impact.
           c.       Class 5 creditors will have no impact.
           d.       Class 6 creditors will have no impact.
           e.       Class 7 creditors will have no impact.
           f.       Class 8 creditors will have no impact.
           g.       Class 9 creditors will have no impact.

In all other respects, the Order Confirming Plan referred to above shall remain in full force and effect.

Attached hereto collectively as **Exhibit B** are a Liquidation Analysis, Worksheet, and a Plan Calculation.

Respectfully submitted,

**MAXWELL DUNN LAW**

/s/     *Scott A. Gies*
Scott A. Gies (P56346)
Attorney for Debtor
24725 W. 12 Mile Road, Suite 306
Southfield, MI 48034
248.246.1166
sgies@maxwelldunnlaw.com

Dated:  October 16, 2020

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

In Re:

Jason Scott Branham,                          Case No. 18-52678-mlo
                                                   Hon. Maria L. Oxholm
       Debtor.                              Chapter 13
_____/

**ORDER MODIFYING CHAPTER 13 PLAN**

The Debtor, Jason Scott Branham, having filed a Post-Confirmation Plan Modification on October 16, 2020, and served same on all interested parties on the mailing matrix and Chapter 13 Trustee; no responses or objections having been timely filed with this Court, or any objections having been resolved, and this Court being otherwise sufficiently advised in the premises;

**IT IS ORDERED THAT:**

1. Debtor's Plan Modification is approved.
2. The Debtor is excused from remitting his 2019 income tax refund.
3. In all other respects, Debtor's Chapter 13 Plan, as last amended, shall remain unchanged.

**PROPOSED ORDER**

# Exhibit A

# EXHIBIT B

**LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY:**

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| **PERSONAL RESIDENCE** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **REAL ESTATE OTHER THAN PERSONAL RESIDENCE** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **HHG/PERSONAL EFFECTS** | | | | | |
| Bedroom Furniture ($300.00), Cookware ($50.00), Utensils ($15.00), Living Room Furniture ($250.00), Dining ROom Furniture ($250.00), Tables and Chairs ($35.00), Dressers and Nighstands ($50.00), Lamps and Accessories ($50.00) Location: 331 Devonshire Dr. | 1,000.00 | 0.00 | 1,000.00 | 1,000.00 | 0.00 |
| **HHG/PERSONAL EFFECTS (total)** | 1,650.00 | 0.00 | 1,650.00 | 1,650.00 | 0.00 |
| **JEWELRY** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **CASH/BANK ACCOUNTS** | | | | | |
| Cash on hand $50.00 | 50.00 | 0.00 | 50.00 | 50.00 | 0.00 |
| **CASH/BANK ACCOUNTS (total)** | 2,690.99 | 0.00 | 2,690.99 | 2,690.99 | 0.00 |
| **VEHICLES** | | | | | |
| 2016 Ford Fusion 25000 miles Debtor's Leased Vehicle (see Schedule G) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **VEHICLES (total)** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER (*itemize*)** | | | | | |

| Rent: Security Deposit for Debtor's Lease Location: 331 Devonshire Dr. Apt 6., Rochester MI 48307 | 200.00 | 0.00 | 200.00 | 200.00 | 0.00 |
|---|---|---|---|---|---|
| **OTHER (total)** | 200.00 | 0.00 | 200.00 | 200.00 | 0.00 |

Amount available upon liquidation ............................................................................. $     0.00

Less administrative expenses and costs ...................................................................... $     0.00

Less priority claims ................................................................................................... $     0.00

Amount Available in Chapter 7 ................................................................................. $     0.00

**18 Month(s) since Confirmation  UP = $61,530.00   TPI = $19,123.41   TPILR = $19,123.41   BOH = $0.00  BOH+FEES = $0.00**

| Line | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|
| | **ATTORNEY FEE, CLs 2** | | | | | | | |
| 1 | MAXWELL DUNN PLC | $3,500.00 | | $1,500.00 | | | $1,500.00 | |
| | **ARREARS,** | | | | | | | |
| 2 | ADDED CREDITOR | | | | | | | |
| 3 | ADDED CREDITOR | | | | | | | |
| | **LEASE** | | | | | | | |
| 4 | ADDED CREDITOR | | | | | | | |
| | **ADM EXP CLAIM** | | | | | | | |
| 5 | ADDED CREDITOR | | | | | | | |
| | **CONT Lease, Sec or Vehicle,** | | | | | | | |
| 6 | ADDED CREDITOR | | | | | | | |
| 7 | ADDED CREDITOR | | | | | | | |
| | **LEASE or SECURED GAP** | | | | | | | |
| 8 | ADDED CREDITOR | | | | | | | |
| | **MORTGAGE** | | | | | | | |
| 9 | ADDED CREDITOR | | | | | | | |
| 10 | ADDED CREDITOR | | | | | | | |
| | **PRIORITY** | | | | | | | |
| 11 | ADDED CREDITOR | | | | | | | |
| 12 | ADDED CREDITOR | | | | | | | |
| | **SECURED** | | | | | | | |
| 13 | ADDED CREDITOR | | | | | | | |
| 14 | ADDED CREDITOR | | | | | | | |
| | **VEHICLE** | | | | | | | |
| 15 | ADDED CREDITOR | | | | | | | |
| 16 | ADDED CREDITOR | | | | | | | |
| | **WATER BILL** | | | | | | | |
| 17 | ADDED CREDITOR | | | | | | | |
| | **ASSOCIATION DUES CONTINUING** | | | | | | | |
| 18 | ADDED CREDITOR | | | | | | | |
| 19 | ADDED CREDITOR | | | | | | | |
| | **SECURED CLASS 5.1 EMPmts** | | | | | | | |
| 20 | ADDED CREDITOR | | | | | | | |
| 21 | ADDED CREDITOR | | | | | | | |
| | **VEHICLE CLASS 5.1 EMPmts** | | | | | | | |
| 22 | ADDED CREDITOR | | | | | | | |
| 23 | ADDED CREDITOR | | | | | | | |
| | **WATER CLASS 5.1 EMPmts** | | | | | | | |
| 24 | ADDED CREDITOR | | | | | | | |
| 25 | ADDED CREDITOR | | | | | | | |
| | **TAXES CLASS 5.1 EMPmts** | | | | | | | |
| 26 | ADDED CREDITOR | | | | | | | |
| 27 | ADDED CREDITOR | | | | | | | |
| | **MORTGAGE ESCROW CONTINUING** | | | | | | | |
| 28 | ADDED CREDITOR | | | | | | | |
| 29 | ADDED CREDITOR | | | | | | | |
| | **ARREARS * REVERSE MORTGAGE** | | | | | | | |
| 30 | ADDED CREDITOR | | | | | | | |
| 31 | ADDED CREDITOR | | | | | | | |
| | **SECURED CLASS 5.3 EMPmts** | | | | | | | |
| 32 | ADDED CREDITOR | | | | | | | |
| 33 | ADDED CREDITOR | | | | | | | |
| | **NTIS ARREARS** | | | | | | | |
| 34 | ADDED CREDITOR | | | | | | | |
| 35 | ADDED CREDITOR | | | | | | | |
| | All Unsecured Creditors | Total Unsecured | | | Percent Allowed | | Amount Allowed | |
| 36 | | 84022 | | | 47.61 | | $40,002.87 | |

| **Change Line#** | 0 | OK |
|---|---|---|
| Restart | | |
| **Trustee's %** | 10 | |
| **Lump Sum $** | 0.00 | |
| **Delete Line** | 0 | OK |

| **Plan Terms** | 42 | Calc | **Unsecured %** | 47.61 | Calc |
|---|---|---|---|---|---|

| | Due to Creditors: | $0.00 | $44,447.63 |
|---|---|---|---|
| | In from Debtor: | $1,058.29 | $44,448.18 |

**Debtor 1 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| TFS DEBTOR DIRE | 798.90 | MONTHLY | $ | ? |
| Jason Scott Bra | $0.00 | WEEKLY | $ | ? |

**Debtor 2 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| DEBTOR | $0.00 | WEEKLY | $ | ? |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

In Re:

Jason Scott Branham,                      Case No. 18-52678-mlo
                                                     Hon. Maria L. Oxholm
        Debtor.                            Chapter 13
_____/

**NOTICE OF DEADLINE TO OBJECT TO PROPOSED**
**CHAPTER 13 PLAN MODIFICATION**

The deadline to file an objection to the attached proposed Chapter 13 Plan Modification is twenty-one (21) days after service.

If no timely responses are filed to a proposed post-confirmation Plan Modification, the proponent may file a certificate of no response and request entry of an order approving the Plan Modification.

If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the Debtor, the proponent of the Plan Modification, the Trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

Objections to the attached proposed Chapter 13 Plan modification shall be served on the following:

| | |
|---|---|
| Scott A. Gies | Tammy L. Terry |
| Attorney for Debtors | Standing Chapter 13 Trustee |
| Maxwell Dunn Law | 535 Griswold, Suite 111-615 |
| 24725 W. 12 Mile Road, Suite 306 | Detroit, MI 48226 |
| Southfield, MI 48034 | |

                                                         Respectfully submitted,

                                                         **MAXWELL DUNN LAW**

                                                         /s/ _Scott A. Gies_
                                                         Scott A. Gies (P56346)
                                                         Counsel for Debtors
                                                         24724 W. 12 Mile Road, Suite 306
                                                         Southfield, MI 48034
                                                         248.246.1166
Dated: October 16, 2020                 sgies@maxwelldunnlaw.com